**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 27, 2016

Mr. Ryan D. Andrews
Mr. Robert M. Jackson
Mr. Jeffrey G. Landis
Mr. Arthur T. O'Reilly
Mr. Roger Perlstadt

Re:  Case No. 16-1321/16-1380, *Rose Coulter-Owens, et al v. Time Inc*
     Originating Case No. : 2:12-cv-14390

Dear Counsel,

   This letter is in response the appellant-cross-appellee's motion for an extension of time to file a response to the appellee-cross-appellant's motion to dismiss for jurisdiction.

   The motion is **granted**.  The response is now due June 23, 2016.

Sincerely yours,

s/Louise Schwarber
Case Manager
Direct Dial No. 513-564-7015

cc:  Mr. David J. Weaver

Enclosure